# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON
### EUGENE DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| DENNIS LEE BISHOP | § § | Case No. 6:15-63626-TMR |
| Debtor | § § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/29/2015. The undersigned trustee was appointed on 10/29/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 192,233.60 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 5,591.95 |
| Bank service fees | 2,380.12 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 184,261.53 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/10/2016 and the deadline for filing governmental claims was 04/26/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $12,861.68. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $12,861.68, for a total compensation of $12,861.68[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $29.40, for total expenses of $29.40[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/24/2020     By: /s/Jeanne E. Huffman
                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

Exhibit A

| Case No: | 15-63626 | TMR | Judge: | Thomas M. Renn | Trustee Name: | Jeanne E. Huffman |
|---|---|---|---|---|---|---|
| Case Name: | DENNIS LEE BISHOP | | | | Date Filed (f) or Converted (c): | 10/29/2015 (f) |
| | | | | | 341(a) Meeting Date: | 12/04/2015 |
| For Period Ending: | 03/24/2020 | | | | Claims Bar Date: | 03/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand | 10.00 | 0.00 | | 0.00 | FA |
| 2. Columbia Bank - Business Checking | 0.00 | 0.00 | | 0.00 | FA |
| 3. Oregon Community Credit Union - Checking | 100.00 | 0.00 | | 0.00 | FA |
| 4. Oregon Community Credit Union - Savings | 5.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods and Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 8. Boat- Blue Horizon (US Doc. No. 163508, Gross tona<br><br>EXEMPTION - VEH 3675 OBJ'D, TOOLS 2300, WILDCARD 12,610; OBJ'D TO VEH EXEMPTION; EXEMPTION NOT VALID SINCE LLC ASSET; SOLD 9/22/16 FOR $10,000 | 465,000.00 | 444,291.00 | | 10,000.00 | FA |
| 9. INSURANCE CLAIM FOR DAMAGES (u)<br><br>9/9/16 OFFER OF COMPROMISE ON OLD CLAIM $62,625 LESS DEDUCTIBLE $15,000 = $47,625 | 0.00 | 47,625.00 | | 47,625.00 | FA |
| 10. ADVERSARY PROCEEDING (u)<br><br>10/18/16 ADVERSARY PROCEEDING AGAINST WIFE, ANGELA BISHOP $131,600 AND SON, CAMERON BISHOP $25,875 FOR PROPERTY AND MONIES TRANSFERRED BY DEBTOR FROM LLC; ALL FUNDS REC'VD FOR ANGELA BISHOP, REMAINING BALANCE IS CAMERON BISHOP JUDGMENT, ABANDON AT CLOSING AS UNCOLLECTIBLE, NO JOB AND LIVES WITH PARENTS | 0.00 | 157,475.00 | | 134,608.60 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $465,965.00        $649,391.00                $192,233.60        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

EXT OBJ PERIOD 5/2/16; POC 3/10/16; 12/17/15 - HIRED LIQUIDATOR TO SELL BOAT;7/1/16 ADVSY TO DENY DISCHARGE; 8/18/16 ORDER DENYING DISCHARGE; 8/25/16 ORDER CONSOLIDATING LLC W/DEBTOR CASE; 9/9/16 SETTLE/COMP INS CLAIM FOR BOAT DAMAGES; 9/22/16 SOLD BOAT; 10/18/16 ADVSY FILED AGAINST WIFE & SON FOR PREF TRSF FROM LLC; COLLECTING ON JUDGMENT THRU GARNISHMENT; ATTEMPTING TO SELL JUDGMENT; FILED ANOTHER 90 DAY GARNISHMENT ON WIFE'S WAGES 9/2018; 10/2/18 HIRED ACCOUNTANT FOR ADDITIONAL TAX PREP; FILED 2017 TAXES; WAITING FOR 2018 TAXES; NEED TO RESERVE JUDGMENT AND CLOSE;9/1/19 REC'VD CALL FROM WESTERN TITLE ABOUT JUDGMENT PAYOFF FOR REAL PROPERTY SALE IN NEWPORT;10/2/19 PAYOFF SENT TO TITLE WITH INTEREST; WILL NEED 2019 TAXES AND TO RESERVE REMAINING JUDGMENT AGAINST SON CAMERON;10/14/19 FILED AMENDED ACCOUNTANTS APP; ABANDONING REMAINING JUDGMENT AS UNCOLLECTIBLE, SON DOES NOT WORK LIVES WITH DEBTORS; 2/5/20 NEED FINAL 2019 TAX PREP AND PROFESSIONAL POC'S;2/25/20 2019 FINAL TAX RETURNS COMPLETED; NEED ACCOUNTANT POC; 3/3/20 SIGNED AND MAILED 2019 FINAL TAX RETURNS; 3/25/20 sent email to accountant for POC, FILED 3/26/20

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Initial Projected Date of Final Report (TFR): 06/30/2015    Current Projected Date of Final Report (TFR): 04/30/2020    Exhibit A

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 15-63626  
Case Name: DENNIS LEE BISHOP  
Taxpayer ID No: XX-XXX6420  
For Period Ending: 03/24/2020  

Trustee Name: Jeanne E. Huffman  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX7662  
Checking  
Blanket Bond (per case limit): $59,128,572.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/26/16 | | LARRY OXMAN ASSET MANAGEMENT SPECIALISTS INC POB 42491 PORTLAND, OR 97242 | N/E ASSETS | | $7,000.00 | | $7,000.00 |
| | | | Gross Receipts $10,000.00 | | | | |
| | | PORT OF NEWPORT 600 SE BAY BLVD NEWPORT OR 97365 | MOORAGE FEES ($3,000.00) | 2410-000 | | | |
| | 8 | | Boat- Blue Horizon (US Doc. No. 163508, Gross tona $10,000.00 | 1129-000 | | | |
| 10/04/16 | 101 | LARRY OXMAN ASSET MANAGEMENT SPECIALISTS INC POB 42491 PORTLAND, OR 97242 | LIQUIDATOR COMM/EXP | | | $2,515.85 | $4,484.15 |
| | | LARRY OXMAN | LIQUIDATOR COMM/EXP ($1,500.00) | 3610-000 | | | |
| | | LARRY OXMAN | LIQUIDATOR COMM/EXP ($1,015.85) | 3620-000 | | | |
| 11/14/16 | 9 | HARLOCK MURRAY UNDERWRITING LTD 701-890 W PENDER ST VANCOUVER BC V7C1J9 | SETTLEMENT PAYMENT | 1249-000 | $23,812.50 | | $28,296.65 |
| 11/14/16 | 9 | SUNDERLAND MARINE MUTUAL INS CO LTD | SETTLEMENT PAYMENT | 1249-000 | $23,812.50 | | $52,109.15 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $52,094.15 |
| 11/30/16 | 101 | LARRY OXMAN ASSET MANAGEMENT SPECIALISTS INC POB 42491 PORTLAND, OR 97242 | LIQUIDATOR COMM/EXP Reversal | | | ($2,515.85) | $54,610.00 |
| | | LARRY OXMAN | LIQUIDATOR COMM/EXP $1,500.00 | 3610-000 | | | |
| | | LARRY OXMAN | LIQUIDATOR COMM/EXP $1,015.85 | 3620-000 | | | |
| 11/30/16 | 102 | LARRY OXMAN ASSET MANAGEMENT SPECIALISTS INC POB 42491 PORTLAND, OR 97242 | LIQUIDATOR COMM/EXP | | | $2,515.85 | $52,094.15 |
| | | LARRY OXMAN | LIQUIDATOR COMM/EXP ($1,500.00) | 3610-000 | | | |
| | | LARRY OXMAN | LIQUIDATOR COMM/EXP ($1,015.85) | 3620-000 | | | |

Page Subtotals: $54,625.00 $2,530.85

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 15-63626  
Case Name: DENNIS LEE BISHOP  
Taxpayer ID No: XX-XXX6420  
For Period Ending: 03/24/2020  

Trustee Name: Jeanne E. Huffman  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX7662  
Checking  
Blanket Bond (per case limit): $59,128,572.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.19 | $52,049.96 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.81 | $51,972.15 |
| 02/07/17 | 10 | OSCU POB 306 CORVALLIS OR 97339-0306 | GARNISHMENT ON JUDGMENT | 1241-000 | $1,882.13 | | $53,854.28 |
| 02/07/17 | 10 | OCCU | GARNISHMENT ON JUDGMENT | 1241-000 | $153.42 | | $54,007.70 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.34 | $53,930.36 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.81 | $53,858.55 |
| 04/03/17 | 103 | INTERNATIONAL SURETIES LTD 701 POYDRAS ST, SUITE 420 NEW ORLEANS LA 70139 | BOND #016027975 | 2300-000 | | $42.88 | $53,815.67 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.14 | $53,735.53 |
| 05/08/17 | 10 | SAMARITAN HEALTH SERVICES POB 3000 CORVALLIS OR 97339-3000 | GARNISHMENT ON JUDGMENT | 1241-000 | $45.61 | | $53,781.14 |
| 05/22/17 | 10 | SAMARITAN HEALTH SERVICES C/O PROFESSIONAL CREDIT SERVICE PO BOX 7548 SPRINGFIELD, OR 97475 | GARNISHMENT ON JUDGMENT | 1241-000 | $259.47 | | $54,040.61 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.40 | $53,963.21 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.00 | $53,883.21 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.60 | $53,805.61 |

Page Subtotals: $2,340.63  $629.17

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 15-63626  
Case Name: DENNIS LEE BISHOP  
Taxpayer ID No: XX-XXX6420  
For Period Ending: 03/24/2020  

Trustee Name: Jeanne E. Huffman  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX7662  
Checking  
Blanket Bond (per case limit): $59,128,572.00  
Separate Bond (if applicable):  

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.06 | $53,725.55 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.94 | $53,645.61 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.25 | $53,568.36 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.71 | $53,488.65 |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.03 | $53,411.62 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.48 | $53,332.14 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.36 | $53,252.78 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.58 | $53,181.20 |
| 04/02/18 | 104 | INTERNATIONAL SURETIES LTD<br>701 POYDRAS ST, SUITE 420<br>NEW ORLEANS LA 70139 | Ch7 Blank Bond Region 18 - 2018 | 2300-000 | | $13.26 | $53,167.94 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.13 | $53,088.81 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.45 | $53,012.36 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.88 | $52,933.48 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.23 | $52,857.25 |

Page Subtotals: $0.00 $948.36

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 15-63626 | Trustee Name: Jeanne E. Huffman |
| Case Name: DENNIS LEE BISHOP | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX7662 |
| | Checking |
| Taxpayer ID No: XX-XXX6420 | Blanket Bond (per case limit): $59,128,572.00 |
| For Period Ending: 03/24/2020 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.65 | $52,778.60 |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.54 | $52,700.06 |
| 10/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.89 | $52,624.17 |
| 11/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.30 | $52,545.87 |
| 12/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.67 | $52,470.20 |
| 01/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.08 | $52,392.12 |
| 02/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.96 | $52,314.16 |
| 03/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.32 | $52,243.84 |
| 04/03/19 | 105 | INTERNATIONAL SURETIES LTD 701 POYDRAS ST, SUITE 420 NEW ORLEANS LA 70139 | Bond #016027975 | 2300-000 | | $19.96 | $52,223.88 |
| 04/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.73 | $52,146.15 |
| 05/28/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.10 | $52,071.05 |
| 06/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.49 | $51,993.56 |
| 10/21/19 | 10 | WESTERN TITLE & ESCROW COMPANY 255 SW COAST HWY STE 100 NEWPORT OR 97365 | payment on judgment/note | 1241-000 | $132,267.97 | | $184,261.53 |
| | | | Page Subtotals: | | $132,267.97 | $863.69 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-63626    Trustee Name: Jeanne E. Huffman    Exhibit B
Case Name: DENNIS LEE BISHOP    Bank Name: Union Bank
    Account Number/CD#: XXXXXX7662
    Checking
Taxpayer ID No: XX-XXX6420    Blanket Bond (per case limit): $59,128,572.00
For Period Ending: 03/24/2020    Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/27/19 | | Transfer to Acct # xxxxxx5573 | Transfer of Funds | 9999-000 | | $184,261.53 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $189,233.60 | $189,233.60 |
| Less: Bank Transfers/CD's | $0.00 | $184,261.53 |
| Subtotal | $189,233.60 | $4,972.07 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $189,233.60 | $4,972.07 |

Page Subtotals:    $0.00    $184,261.53

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Case 15-63626-tmr7    Doc 69    Filed 04/23/20

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 15-63626  
Case Name: DENNIS LEE BISHOP  
Taxpayer ID No: XX-XXX6420  
For Period Ending: 03/24/2020  

Trustee Name: Jeanne E. Huffman  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX5573  
Checking  
Blanket Bond (per case limit): $59,128,572.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 11/27/19 | | Transfer from Acct # xxxxxx7662 | Transfer of Funds | 9999-000 | $184,261.53 | | $184,261.53 |

| | | |
|---|---|---|
| COLUMN TOTALS | $184,261.53 | $0.00 |
| Less: Bank Transfers/CD's | $184,261.53 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $184,261.53    $0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Case 15-63626-tmr7    Doc 69    Filed 04/23/20

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX5573 - Checking | $0.00 | $0.00 | $184,261.53 |
| XXXXXX7662 - Checking | $189,233.60 | $4,972.07 | $0.00 |
|  | $189,233.60 | $4,972.07 | $184,261.53 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $3,000.00 |
| Total Net Deposits: | $189,233.60 |
| Total Gross Receipts: | $192,233.60 |

Page Subtotals:     $0.00     $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 6:15-63626-TMR  
Debtor Name: DENNIS LEE BISHOP  
Claims Bar Date: 3/10/2016  

Date: March 26, 2020

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Jeanne E. Huffman<br>JEANNE E. HUFFMAN, TRUSTEE LLC<br>25 SE DORION #129,<br>PENDLETON, OR 97801 | Administrative | | $0.00 | $12,861.68 | $12,861.68 |
| 100 2200 | Jeanne E. Huffman<br>JEANNE E. HUFFMAN, TRUSTEE LLC<br>25 SE DORION #129,<br>PENDLETON, OR 97801 | Administrative | | $0.00 | $29.40 | $29.40 |
| 5 100 2420 | TERRY DUMAN<br>C/O CASSIE JONES, GLEAVES SWEARINGEN LLP<br>POB 1147<br>EUGENE, OR 97440 | Administrative | OK - REIMBURSEMENT OF INS PREMIUM PAID FOR THE ESTATE. SEE SETTLEMENT DOC #28 | $0.00 | $6,635.00 | $6,635.00 |
| 6 100 3210 | LEONARD LAW GROUP LLC<br>1 SW COLUMBIA STE 1010<br>PORTLAND, OR 97258 | Administrative | ATTORNEY FEES FOR TRUSTEE | $0.00 | $48,025.00 | $48,025.00 |
| 6 100 3220 | LEONARD LAW GROUP LLC<br>1 SW COLUMBIA STE 1010<br>PORTLAND, OR 97258 | Administrative | ATTORNEY FOR TRUSTEE, EXPENSES | $0.00 | $1,496.40 | $1,496.40 |
| 7 100 3410 | BENNINGTON & MOSHOFSKY PC<br>4800 SW GRIFFITH DR STE 350<br>BEAVERTON, OR 97005-8716 | Administrative | OK - ACCOUNTANT FEES | $0.00 | $2,996.00 | $2,996.00 |
| 7 100 3420 | BENNINGTON & MOSHOFSKY PC<br>4800 SW GRIFFITH DR STE 350<br>BEAVERTON, OR 97005-8716 | Administrative | OK - ACCOUNTANT EXPENSES | $0.00 | $6.25 | $6.25 |
| 1 300 7100 | IRS PAYMENT<br>Centralized Insolvency Oper.<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 2 300 7100 | TERRY DUMAN<br>C/O CASSIE JONES, GLEAVES SWEARINGEN LLP<br>POB 1147<br>EUGENE, OR 97440 | Unsecured | OK - GOODS SOLD | $106,000.00 | $121,241.27 | $121,241.27 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 6:15-63626-TMR  
Debtor Name: DENNIS LEE BISHOP  
Claims Bar Date: 3/10/2016  

Date: March 26, 2020

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>300<br>7100 | PORT OF NEWPORT<br>600 SE BAY BLVD<br>NEWPORT, OR 97365 | Unsecured | <br><br>OK - MOORAGE & DOCK FEES | $678.00 | $11,607.05 | $11,607.05 |
| 4<br>300<br>7100 | HUTCHINSON COX<br>POB 10886<br>EUGENE, OR 97440 | Unsecured | <br><br>OK - ATTY SERVICES | $0.00 | $26,326.82 | $26,326.82 |
|  | Case Totals |  |  | $106,678.00 | $231,224.87 | $231,224.87 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 6:15-63626-TMR
Case Name: DENNIS LEE BISHOP
Trustee Name: Jeanne E. Huffman

| | | |
|---|---|---|
| Balance on hand | $ | 184,261.53 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Jeanne E. Huffman | $ 12,861.68 | $ 0.00 | $ 12,861.68 |
| Trustee Expenses: Jeanne E. Huffman | $ 29.40 | $ 0.00 | $ 29.40 |
| Attorney for Trustee Fees: LEONARD LAW GROUP LLC | $ 48,025.00 | $ 0.00 | $ 48,025.00 |
| Attorney for Trustee Expenses: LEONARD LAW GROUP LLC | $ 1,496.40 | $ 0.00 | $ 1,496.40 |
| Accountant for Trustee Fees: BENNINGTON & MOSHOFSKY PC | $ 2,996.00 | $ 0.00 | $ 2,996.00 |
| Accountant for Trustee Expenses: BENNINGTON & MOSHOFSKY PC | $ 6.25 | $ 0.00 | $ 6.25 |
| Other: TERRY DUMAN | $ 6,635.00 | $ 0.00 | $ 6,635.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 72,049.73 |
| Remaining Balance | $ | 112,211.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $159,175.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 70.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | IRS PAYMENT | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | TERRY DUMAN | $ 121,241.27 | $ 0.00 | $ 85,470.01 |
| 3 | PORT OF NEWPORT | $ 11,607.05 | $ 0.00 | $ 8,182.48 |
| 4 | HUTCHINSON COX | $ 26,326.82 | $ 0.00 | $ 18,559.31 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 112,211.80 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE